IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **FLORINE R. MERCER,** *surviving parent of deceased* *HENRY WILSON MERCER*, **and,** **ROSE MARY CHRISTIE,** *as Administrator of the Estate of deceased HENRY WILSON MERCER*,<br><br>Plaintiffs,<br>v.<br>**SHERIFF CODY YOUGHN,** **STANLEY WHITLEY,** **ANTHONY REAVES,** **IRWIN COUNTY SHERIFFS OFFICE, and JOHN DOES 1-3,**<br><br>Defendants. | **CASE NO:** **7:24-cv-95–WLS** |

## ORDER

On May 15, 2026, the Supreme Court issued a unanimous decision with respect to a court's evaluation of the reasonableness of an officer's use of deadly force. *See Barnes v. Felix*, No. 23-1239, 2025 WL 1401083, --- U.S. --- (May 15, 2025). *Barnes* has significant implications on the Court's analysis of Defendants' Motion to Dismiss (Doc. 6). The Court thus finds it appropriate to afford each Party the opportunity to submit its position on the impact of *Barnes* on the arguments for dismissal asserted. Any supplemental brief shall address the impact of *Barnes* on: (1) if a Fourth Amendment violation occurred, and (2) if Defendants violated clearly established law.

Consequently, the Parties are **ORDERED** to each submit a supplemental brief addressing the impact of *Barnes* as noted no later than **Friday, June 6, 2025**. The briefs shall be no longer than five pages. No further briefing is authorized.

**SO ORDERED**, this 19th day of May 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**